UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SFR SERVICES, LLC,

    Plaintiff,

v.                                Case No: 2:19-cv-369-FtM-99NPM

EMPIRE INDEMNITY INSURANCE COMPANY,

    Defendant.

**ORDER**

    This matter comes before the Court on review of the parties' Joint Stipulation For Dismissal (Doc. #51) filed on March 26, 2021. The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. Anago Franchising, Inc. v. Shaz, LLC, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

1

**DONE** and **ORDERED** at Fort Myers, Florida, this  29th  day of March, 2021.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Parties of Record